**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Central__ District of __California__
(State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   Chimney Hill Properties Ltd, a Texas Limited Partnership

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   None

3. **Debtor's federal Employer Identification Number (EIN)**

   7 4 – 2 6 4 9 8 1 0

4. **Debtor's address**

   **Principal place of business**

   1013 North Beverly Drive
   Number    Street

   Beverly Hills    Ca    90210
   City    State    ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City    State    ZIP Code

5. **Debtor's website** (URL)    none

6. **Type of debtor**
   ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☒ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  Chimney Hill Properties Ltd, a Texas Limited Partnership          Case number (if known) _____
        Name

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

___  ___  ___  ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes. District _____ When ___/___/_____ Case number _____
                                MM / DD / YYYY
         District _____ When ___/___/_____ Case number _____
                                MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No   *** Debtor has checked "yes" for disclosure purposes; affiliate status TBD
☒ Yes. Debtor  TBH19, LLC, a Delaware corporation   Relationship _____
         District  Central District of California   When  11/24/2019
                                                           MM / DD / YYYY
         Case number, if known  2:19-23823-VZ

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 2

Debtor  Chimney Hill Properties Ltd, a Texas Limited Partnership        Case number (if known)_____
         Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                        Number    Street

_____
City                                State        ZIP Code

Is the property insured?

☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49           ☐ 1,000-5,000       ☐ 25,001-50,000
☐ 50-99          ☐ 5,001-10,000      ☐ 50,001-100,000
☐ 100-199        ☐ 10,001-25,000     ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000              ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☑ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million   ☐ More than $50 billion

| Debtor | Chimney Hill Properties Ltd, a Texas Limited Partnership | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

☐ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

☐ I have been authorized to file this petition on behalf of the debtor.

☐ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/05/2019
MM / DD / YYYY

X _/s/ Merri Jean Ross_ Merri Jean Ross
Signature of authorized representative of debtor    Printed name

Title Co-General Partner

**18. Signature of attorney**

X /s/ J. Bennett Friedman    Date 12/05/2019
Signature of attorney for debtor    MM / DD / YYYY

J. Bennett Friedman
Printed name
Friedman Law Group, P.C.
Firm name
1901 Avenue of the Stars, Suite 1000
Number    Street
Los Angeles    CA    90067
City    State    ZIP Code

310-552-8210
Contact phone    Email address

147056    CA
Bar number    State

# RESOLUTION
## OF CHIMNEY HILL PROPERTIES LTD,
### a Texas Limited Partnership

**WHEREAS**, Merri Jean Ross, the Co-General Partner (the "Co-General Partner") of Chimney Hill Properties Ltd., a Texas limited partnership (the "Partnership") has determined it is in the best interests of the Partnership, its creditors, limited partners and other interested parties for the Partnership to file a voluntary petition for relief, under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and therefore, it is

**RESOLVED**, that the Partnership be, and hereby is, authorized to file a voluntary petition for relief under chapter 11 of the Bankruptcy Code; and it is

**FURTHER RESOLVED**, that the Partnership be, and hereby is, authorized to employ on a general retainer the law firm of Friedman Law Group, P.C. and Shenson Law Group PC to represent the Partnership as bankruptcy counsel in the chapter 11 case for the Partnership.

IN WITNESS WHEREOF, the undersigned, the Co-General Partner, has executed this Resolution as of December 5, 2019.

CHIMNEY HILL PROPERTIES LTD,
a Texas limited partnership

By: _/s/ Merri Jean Ross_
Merri Jean Ross, co-General Partner

1

**Fill in this information to identify the case:**

Debtor name **Chimney Hill Properties,LTD.**

United States Bankruptcy Court for the: **Central** District of **CA**
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | City of Beverly Hills Utility<br>PO Box 845806<br>Los Angeles, CA 90084 | | Utilities | to be amended | | | to be amended |
| 2 | Gustavo Francisco Reynoso<br>2237 W. Francisco Ave<br>West Covina, CA 91790 | Phone: 626-705-3559<br>Email: ReynosoGus@gmail.com | Services | to be amended | | | to be amended |
| 3 | Hinds & Shankman LLP<br>21257 Hawthorne Blvd<br>Torrance, CA 90503 | James Andrew Hinds Jr. | Attorneys Fees | to be amended | | | to be amended |
| 4 | Southern California Edison<br>PO Box 300<br>Glendale, CA 91202 | | Utilities | to be amended | | | to be amended |
| 5 | Spectrum<br>PO Box 60074<br>City of Industry, CA 91716 | | Cable | to be amended | | | to be amended |
| 6 | Steven A. Woods<br>269 South Beverly Dr,<br>Ste 607<br>Beverly Hills, CA 90212 | | Attorneys Fees | to be amended | | | to be amended |
| 7 | | | | | | | |
| 8 | | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

City of Beverly Hills Utility
PO Box 845806
Los Angeles, CA 90084


Gustavo Francisco Reynoso
2237 W. Francisco Ave
West Covina, CA 91790


HAR-RFF, LLC
c/o Armanino LLP
11766 Wilshire Bl. 9th F
Los Angeles, CA 90025


James Andrew Hinds Jr.
Hinds & Shankman LLP
21257 Hawthorne Blvd 2nd Fl
Torrance, CA 90503


JP Morgan Chase
3415 Vision Drive
Columbus, OH 43219


Merri Jean Ross
9530 Hidden Valley Road
Beverly Hills, CA 90210


Southern California Edison
PO Box 300
Glendale, CA 91202


Spectrum
PO Box 60074
City of Industry, CA 91716


Steven A. Woods
269 South Beverly Drive, Suite 607
Beverly Hills, CA 90212